Laurence F. Padway (SBN 083914)
Gayle Godfrey Codiga (SBN 114715)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA U. TORRES, | CASE NO. C08-01940 BZ |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | **N.D. Civil L.R. 3-16** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 5, 2008                    LAW OFFICES OF LAURENCE PADWAY

By: /s/ Laurence F. Padway
    Laurence F. Padway
    Attorney for Plaintiff

CERTIFICATE OF                                                    CASE NO. C 08-01940 BZ
INTERESTED ENTITIES OR PERSONS          1