```
THOMAS M. HERLIHY (SBN83615)
LAURA E. FANNON (SBN 111500)
WILSON, ELSER, MOSKOWITZ
   EDELMAN & DICKER LLP
525 MARKET STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105
TEL.: (415) 433-0990
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA TORRES,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant(s).<br>_____/ | No. C 08-01940 BZ ADR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 13, 2008

Signature: /s/ Laura E. Fannon

Counsel for Defendant, UNUM LIFE
(Plaintiff, Defendant, or indicate "pro se")