# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Torres, | 08-01940 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| UNUM Life Insurance Company of America, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Katherine Ritchey**
Jones Day
555 California St., 26th Floor
San Francisco, CA 94104
(415) 626-3939
ksritchey@jonesday.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01940 MHP MED                       - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: August 18, 2008

5   RICHARD W. WIEKING
    Clerk
6   by:    Lisa M. Salvetti

7   */s/ Lisa M. Salvetti*

8   _____
    ADR Case Administrator
9   415-522-2032
    lisa_salvetti@cand.uscourts.gov

Case 3:08-cv-01940-MHP    Document 15    Filed 08/18/2008    Page 3 of 3