**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.    C 08-1940  MHP                Judge: MARILYN H. PATEL

Title: OLIVIA TORRES -v- UNUM LIFE INSURANCE COMPANY OF AMERICA et al

Attorneys:  Plf: Laurence Padley
            Dft: Laura Fannon

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion;  Briefing schedules as follows:

   Summary Adjudication motions to be filed by 10/6/2008;
   Oppositions with 56f request to be filed by 10/20/2008;

Court to schedule a telephonic status conference re further briefing;

Matter referred to ADR for Mediation, to be completed within the next 60 days; Plaintiff to submit proposed amended complaint for defendant to review without prejudice to challenges to claim within two weeks;