Laurence F. Padway, SBN# 83914
Gayle Godfrey Codiga, SBN# 114715
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone:   (510) 814-0680
Fax:     (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA TORRES | CASE NO. C08-01940 MHP ADR |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO FILE OPPOSITION TO SUMMARY ADJUDICATION MOTION AND 56f REQUEST |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | Date of Hearing: November 24, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15 |
| Defendant, | The Honorable Marilyn Hall Patel |

Plaintiff Olivia Torres ("Plaintiff"), through her counsel of record, Laurence F. Padway and Gayle Godfrey Codiga, the Law Offices of Laurence F. Padway, and Unum, Life Insurance Company of America ("Defendant"), through their counsel of record, Laura E. Fannon, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, (collectively "the Parties") hereby enter into the following stipulation

## INTRODUCTION

Plaintiff has requested an extension to file Opposition to the Summary Adjudication Motion and 56f request from October 20, 2008 to October 27, 2008. There is a motion on the pleadings

which is not covered under this stipulation. There will be a hearing on the motions on November 24, 2008. This extension of time does not require that the hearing be changed.

### STIPULATION

Accordingly, Plaintiff, through her counsel of record, and Defendant, through their counsel of record, hereby stipulate that Opposition to the Summary Adjudication Motion and 56f request be filed by October 27, 2008.

LAW OFFICES OF LAURENCE F. PADWAY

Dated: October 20, 2008     By: /s/ Gayle Godfrey Codiga
                                Gayle Godfrey Codiga
                                Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP

Dated: October 20, 2008     By: /s/ Laura E. Fannon
                                Laura E. Fannon
                                Attorneys for Defendants

IT IS SO ORDERED.

DATED: 10/21, 2008     _____
                       UNITED STATES DISTRICT COURT JUDGE

[Seal: IT IS SO ORDERED — Judge Marilyn H. Patel — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]