Laurence F. Padway, SBN# 83914
Gayle Godfrey Codiga, SBN# 114715
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone:    (510) 814-0680
Fax:      (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA TORRES<br><br>                    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant, | CASE NO. C08-01940 MHP ADR<br><br>STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER |

**STIPULATION**

Pursuant to rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Olivia U. Torres ("Plaintiff") and defendant Unum Life iNsurance Company of America ("Unum"), by and through their respective counsel, hereby stipulate and agree that this action may be, and hereby is, dismissed with prejudice. Each party shall bear her or its own attorney fees and costs of suit.

1

```
 1
 2                                          LAW OFFICES OF LAURENCE F. PADWAY
 3   Dated: May 21, 2009                    By: /s/ Gayle Godfrey Codiga
 4                                              Gayle Godfrey Codiga
                                                Attorneys for Plaintiff
 5
 6
 7                                          WILSON, ELSER, MOSKOWITZ
                                            EDELMAN & DICKER LLP
 8
 9   Dated: May 22, 2009                    By: /s/ Laura E. Fannon
10                                              Laura E. Fannon
                                                Attorneys for Defendants
11
12
13
14                                          IT IS SO ORDERED.
15
16   DATED: __5/26_____, 2009          _____
                                            UNITED STATES DISTRICT COURT JUDGE
17
18
19                                          IT IS SO ORDERED
20                                          Judge Marilyn H. Patel
21
22
23
24
25
26
27
28
```